UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:22-cv-03735-MAA | Date | August 31, 2022 |
|---|---|---|---|
| Title | Pressure Specialist, Inc. v. HK Army Inc. | | |

| Present: The Honorable | Maria A. Audero |
|---|---|

| Narissa Estrada | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings (In Chambers):** **ORDER TO SHOW CAUSE RE: DISMISSAL OF UNSERVED CIVIL ACTION**

Plaintiff filed this civil action on June 1, 2022. (ECF No. 1.) The case was randomly assigned to Magistrate Judge Maria A. Audero through the Court's Magistrate Judge Direct Assignment Program. (ECF No. 6.)

Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff was required to serve process in this action within ninety (90) days after commencement of the action—August 30, 2022. *See* Fed. R. Civ. P. 4(m). However, according to the Court's review of the docket, no proof of service has been filed in the action yet, and no defendant has appeared in the action to date.

Accordingly, Plaintiff hereby is **ORDERED** to show cause why the action should not be returned to the civil wheel for reassignment to a District Judge with a recommendation that it be dismissed for failure to prosecute. Plaintiff's response to this OSC will be due **by no later than September 30, 2022**. Plaintiff may discharge this Order to Show Cause by filing a proof of service of summons and complaint or other document showing that the matter is being prosecuted diligently.

**Failure to file a timely and satisfactory response to this Order to Show Cause may result in a recommendation to a District Judge to dismiss the action in its entirety for lack of prosecution.**

It is so ordered.